*Lewis Curtis et al.* v. *Judiah Ellsworth et al.*  *Judiah Ellsworth* v. *Lewis Curtis et al.*  J. Ellsworth, for petitioner; W. C. Noyes, for Curtis and others; G. N. Titus, for D. Leavitt, receiver.  Order allowing complainant in cross suit to file a supplemental bill.  And in case the same is filed, defendants directed to answer the same and the cross bill within the usual time, and to answer both together.  Costs of this application to abide the event of the suit and to be costs in the cause.

*Arthur McArthur et al. adm'rs, &c.* v. *Jacob A. Hoysradt et al.*  K. Miller, for appellant; S. Stevens, for respondent.  Order appealed from reversed; and a reference directed to a master to ascertain and report the amount for which the defendant John Hoysradt ought to be made accountable.  Costs of reference to abide the further order of the court.

*John Stewart, Jun. et al.* v. *John R. Green et al.*  J. Ganson, for appellants; B. Slosson, for respondent.  Decided that where a creditor's bill shows that an execution has been issued against the real as well as the personal estate of the judgment debtors, and that it has been returned unsatisfied, it is sufficient; where it appears that the defendants resided in the county to which such execution was issued; and that it is not necessary the bill should allege that the judgment was docketed in the county clerk's office.

*Creditor's bill need not allege that judgment was docketed in county clerk's office.*

That where there is nothing stated in a bill of complaint on the information and belief of the person swearing to the same, it is sufficient for him to swear that the bill is true to the knowledge of the deponent, except as to the matters which are therein stated to be on his information and belief.

*Mode of verifying bills.*

Order of reference modified, and affirmed with costs.

*Michael Sanford, receiver &c.* v. *The Trust Fire Insurance Company et al.*  E. H. Owen and A. S. Johnson, for appellants; G. N. Titus, for respondents.  Decree appealed from affirmed with costs.